254

In re Estate of Anderson Palmer, Deceased.
Mills, Appellant, v. John T. Dempsey, Administrator
of Estate of Anderson Palmer, Deceased, Appellee.

Gen. No. 42,998.

Heard in the third division, first district, this court at the February term, 1944; opinion filed May 18, 1945; rehearing denied June 8, 1945; released for publication June 8, 1945. David J. Maddox, for appellant; Levinson, Becker, Peebles & Swiren, for appellee; Don M. Peebles, William J. Lunn and Joseph H. Albaum, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.